# EXHIBIT A

Raytheon Technical
Services Company LLC
Dulles, VA
United States

**AMENDED OFFER**
This amended offer supersedes the original offer to outline updates relevant to your international assignment.

May 6, 2011

Darrell J. Robinson
Raytheon MMOUT-CFLCCC3
APO AE 09330

Dear DJ:

Raytheon Technical Services Company LLC (RTSC) is pleased to offer you the position of Mgr I Proj Mgmt/Plng Opms on the OAWR effort 138-SM-KUWAI-003BO and reporting to John Czibik. Your work location will be in Camp Buehring, Kuwait.

As this offer involves an international assignment, please see the attached Memorandum of Understanding (MOU). An international assignment is a part of this offer and your employment is contingent upon obtaining employment authorization to allow you to legally work in the host country. Your international terms and conditions will be emailed to you directly by RTSC International HR. Your main point of contact to go through the international terms and conditions is Kristy Milock, 757-0286-6403 or email kristy_s_milock@raytheon.com.

Please review the following information as it confirms the details of our offer and outlines some important information regarding your employment.

1. **Salary**: Your base salary will be $3,531.20 paid bi-weekly, which if annualized will be $91,811.20, based on a standard 40 hour work week. Your base salary on the seventy-two (72) hour work week will be $6,356.16 paid bi-weekly, which if annualized will be $185,260.16. As part of your assignment to our Camp Buehring, Kuwait location, you will be required to work a standard seventy-two (72) hour/seven (7) day work week and will receive straight-time pay as well as expatriate benefits on all hours worked over forty (40) while on this assignment. Please see attached MOU.

2. **Benefits**: You will be eligible to participate in Company sponsored benefit plans. The plans include medical, dental, group life and disability benefits. You will be subject to any contributions generally required of employees for participation in these plans. The available benefits are outlined in more detail in the attached benefits summary.

3. **Minimum Conditions of Employment**: This offer is expressly contingent upon the successful completion of the following conditions:

    a. **Employment Application**: You must complete the on-line Raytheon Employment Application which was sent to you by Hire Right. Please note that any falsification or material misrepresentation of any item on this application will result in revocation of this contingent offer or in the event that employment has begun, disciplinary action up to and including discharge.

    b. **Medical Requirements/Drug Test**: You must meet the medical requirements for the position being offered as determined by a pre-employment physical screening as well as a drug test to determine the presence of illegal or unauthorized drugs in your system. You must take your drug test within seventy-two (72) hours (3 business days) of accepting this conditional offer of employment. If you fail to pass the Company's drug test, this offer of employment will be withdrawn. Additionally, this offer requires you to successfully complete an overseas deployment physical. You must meet any medical screening requirements established by the customer and required by the assigned country. Due to critical scheduling requirements, rigid training demands and customer/business need, we will begin your employment prior to completion of this step and have you take and complete your overseas deployment physical during the pre-deployment training period. If the overseas deployment physical demonstrates that you cannot perform the essential functions of your position with or without reasonable accommodation, or that there is a direct threat to the health and safety of yourself or others, your employment will be terminated. **If you are currently in an overseas location and are being hired for employment outside the US, you will be not be required to complete the drug screen.**

    c. **Background Check**: HireRight will conduct a background check, including a criminal history check, based on the information you provide on your Application for Employment. Successful completion of a background check to the satisfaction of Raytheon is required before you begin employment.

    d. **Security Clearance**: There must be successful issuance, transfer or maintenance of any clearances and/or accesses necessary for the position within a reasonable time of start date. If you begin employment with an interim clearance, you must eventually obtain a final clearance within a reasonable

period of time after you begin employment. Raytheon Security will provide further instructions for completing the security clearance process when Human Resources receives your acceptance letter.

a. <u>Verification of Eligibility to Work in the United States</u>: In accordance with federal law which requires you to verify your eligibility to work in the United States you will receive a separate email inviting you to complete an on-line Employment Eligibility Verification: Employee I-9 Information Form from HireRight. Please read the instructions you receive (via e-mail) carefully, and complete and submit this form at your earliest opportunity, prior to your start date. You will be asked to verify your information and electronically sign the document. You will then see an acknowledgement that you have submitted the form. This acknowledgement will also contain a reminder for you to bring your supporting document(s) with you on your first day of work (for example: passport, driver's license, social security card, birth certificate, etc.). Please retain this e-mail invitation in your inbox until after your first day of work, when the Raytheon representative has had the opportunity to verify the required documents. If you are currently in an overseas location and are being hired for employment outside the US, you will be not be required to complete the I-9 Verification of Eligibility to Work in the United States unless you repatriate and return to work for Raytheon in the United States.

b. <u>Evidence of Identity and Citizenship Status</u>: You must provide documentary evidence of your identity and verify your citizenship status. Failure to provide this documentation on day one may delay your start date. Please refer to the List of Acceptable Citizenship Status Documents in the offer packet for a complete list of acceptable verification documents. All documents submitted must be original, except in the case of birth certificates for which certified copies will be acceptable.

c. <u>Orientation</u>: You will also be required during your orientation to review and sign all documents required to be in compliance with Company policy, including but not limited to:

   i. Employee Agreement – Inventions and Other Intellectual Property
   ii. Conflict of Interest Certification and Outside Interests or Activities Disclosure

We recommend that you wait until we advise you of the results of the medical screening and background check before notifying your current employer of your decision to terminate your employment or taking any steps to sell your home, relocate, or otherwise change your current personal situation.

By executing this letter, you represent and warrant to Raytheon that you are not currently subject to any express or implied contractual obligations to any of your current or former employers including any non-competition, non-solicitation, or any other agreement or understanding, except for those which you have previously disclosed and provided copies to me.

This letter contains our entire understanding with respect to your employment with Raytheon and supersedes all prior and/or contemporaneous representations, promises, or agreements concerning the subject of your employment, whether in written or oral form, and whether made to you by an employee or other person affiliated with Raytheon or any actual or perceived agent.

This letter outlines the major terms and conditions of your employment. Please note that this is not a contract of employment or a promise of employment for any specific period. Nothing in this letter or in the Company's attachments is intended to alter the "at-will" nature of your employment. Because you are an "at-will" employee, both you and the Company may end the employment relationship at any time and for any reason, with or without notice.

We look forward to hearing a favorable response and welcoming you to Raytheon Technical Services Company, LLC. This offer will remain open through April 15, 2011. Please indicate your acceptance of the offer by signing and returning by email to patty_y_dinsmore@raytheon.com. If you believe any of the terms described in this letter are not consistent with your expectations or if you have any questions, please contact me before accepting this offer.

Sincerely,


Sharon K Jones                                         Phone: 321.235.1791
Senior HR Manager                                      Email: Sharon_k_jones@raytheon.com
Raytheon Technical Services Company LLC


I have read and accept this offer and acknowledge receipt of all enclosures referenced below.

_____                        10 May 11
Darrell J Robinson                                     Date


Enclosures: Benefits Summary
Memorandum of Understanding (MOU)