UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Darrell J. Robinson
Plaintiff

V.

CIVIL ACTION

NO. 13cv12705 RGS

Raytheon Technical Services Co., et al
Defendant

### ORDER OF DISMISSAL (AMENDED)

STEARNS, D.J.,

In accordance with the Court's Memorandum and Order dated 5/2/14 granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed. \*\*\*

Counts I and III (contract counts) are dismissed with prejudice. Counts II and IV - the Kuwaiti law claims - are dismissed without prejudice.

By the Court,

5/2/14
Date

/s/ Elaine Flaherty
Deputy Clerk